FILED

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

_____Tampa_ Division

| | |
|---|---|
| Derrick Crowder <br><br> _Plaintiff(s)_ <br> _(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ <br><br> -v- <br><br> World Products Solutions <br><br> _Defendant(s)_ <br> _(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. 8:21 cv 1950 TPB-TGW

_(to be filled in by the Clerk's Office)_

Jury Trial:  _(check one)_  ☐ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.     **The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Derrick Crowder |
| Street Address | 218 Florida Ave  Apt 4 |
| City and County | Dundee, FC   33838 )  Polk County |
| State and Zip Code | Florida   33838 |
| Telephone Number | 727 748 3913 |
| E-mail Address | dubydred1@gmail.com |

B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.



Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

Name  MarK          World Product Solutions

Job or Title *(if known)*  Manager

Street Address  7205 30th Ave North

City and County  St Petersburg   Pinelles County

State and Zip Code  Florida , 33710

Telephone Number  877 516 2200

E-mail Address *(if known)*

Defendant No. 2

Name  Sloulka       World Product Solutions

Job or Title *(if known)*  Supervisor

Street Address  7205 30th Ave North

City and County  St Petersburg   Pinelles County

State and Zip Code  Florida , 33710

Telephone Number  877 516 2200

E-mail Address *(if known)*

Defendant No. 3

Name  Palvi   World Product Solutions

Job or Title *(if known)*  Supervisor

Street Address  7205 30th Ave North

City and County  St. Petersburg   Pinelles County

State and Zip Code  Florida , 33710

Telephone Number  877 516 2200

E-mail Address *(if known)*

Defendant No. 4

Name  Gregory Shell   World Product Solution

Job or Title *(if known)*  HR Manager

Street Address  7205 30th Ave North

City and County  St. Petersburg   Pinelles County

State and Zip Code  Florida , 33710

Telephone Number  877 516 2200

E-mail Address *(if known)*

**C.   Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | *World Product Solutions* |
| Street Address | *7205 30th Ave N.* |
| City and County | *St. Petersburg. Pinellas County* |
| State and Zip Code | *Florida , 33710* |
| Telephone Number | *877 516 2200     877 516 2200* |

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Other federal law *(specify the federal law)*:

☐   Relevant state law *(specify, if known)*:

☐   Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

III.    **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐   Failure to hire me.

☑   Termination of my employment.

☐   Failure to promote me.

☐   Failure to accommodate my disability.

☑   Unequal terms and conditions of my employment.

☐   Retaliation.

☐   Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

1-08-2021

C.    I believe that defendant(s) *(check one)*:

☑   is/are still committing these acts against me.

☐   is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑   race    _____

☐   color    _____

☐   gender/sex    _____

☐   religion    _____

☐   national origin    _____

☐   age *(year of birth)*    _____ *(only when asserting a claim of age discrimination.)*

☐   disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows.  Attach additional pages if needed.
ON 1/08/21 around 8 Am I was told To wear my mask properly For covid By a supervisor (white worker) Her Name is Either (Palui/Slovka aFter she walked away I took pictures with my Phone of a white woman That was Closer to Her Before and aFter she

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*Instructed me to pull my beard mask off my nose and cover my mouth and nose with the mask, whom was wearing the mask Improperly and She didn't Instruct her The same Then a Employee told a line leader Iwas on my phone the The line leader Told mark the manager and he then Instructed me that if I use my phone I was Being sent Home so*

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*
*I told him my Reason was only to take pictures of discrimina Then he dismissed me after I said discrimination*

## IV. Exhaustion of Federal Administrative Remedies
*I will take more pictures IF I witness any more*

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

4/30/2021

B.   The Equal Employment Opportunity Commission *(check one)*:

[ ]   has not issued a Notice of Right to Sue letter.

[✓]   issued a Notice of Right to Sue letter, which I received on *(date)*   *see attached*

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

[ ]   60 days or more have elapsed.

[ ]   less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Injury of Feeling, Financal loss, hurt and distress, depression, damages For Harresment*
*3x ($45,600) For Injury of Feeling (depressed, oppressed)*
*($1,500) Financal loss 3days To search and prepare paper For This Case From work plus the stress that Caused me To lose other jobs Being oppressed From this and previous jobs*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Relief Continued
and Aggravated damages $10,000.
He agreed in the video it was racism and I told my
reason for using the phone.
        adding to a total of $71,000 In damages

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        8/13/21

Signature of Plaintiff        _____

Printed Name of Plaintiff        Derrick Crowder

### B.    For Attorneys

Date of signing:        _____

Signature of Attorney        _____
Printed Name of Attorney        _____
Bar Number        _____
Name of Law Firm        _____
Street Address        _____
State and Zip Code        _____
Telephone Number        _____
E-mail Address        _____